

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-19-00869-CR

**EX PARTE RICARDO GONZALES,**
Appellant

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13554
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's brief is currently due on January 26, 2020. On January 17, 2020, appellant filed a motion requesting an extension of time to file the brief until March 11, 2020, for a total extension of 45 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by or before March 11, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2020.



_____
MICHAEL A. CRUZ,
Clerk of Court